UNITED STATES of America, Plaintiff–Appellee,

v.

Juan Antonio RODRIGUEZ–MEDINA, also known as Juan Rodriguez–Medina, Defendant–Appellant.

No. 04–40291.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 21, 2004.

James Lee Turner, Assistant U.S. Attorney, Tony Ray Roberts, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Richard Bruce Gould, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Juan Antonio Rodriguez–Medina appeals his guilty-plea conviction and sentence for illegal reentry following deportation. He contends that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b) are unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Alternatively, he contends that he may not be convicted and sentenced under 8 U.S.C. § 1326(b) because the indictment did not allege that he was deported after a qualifying felony or aggravated felony. Rodriguez–Medina acknowledges that his argument is foreclosed, but seeks to preserve the issue for possible Supreme Court review. As Rodriguez–Medina concedes, this issue is foreclosed. *See Almendarez–Torres v. United States,* 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.